ACCEPTED
03-15-00314-CV
7765519
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 1:38:29 PM
JEFFREY D. KYLE
CLERK



**DUGGINS
WREN
MANN &
ROMERO, LLP**

One American Center
600 Congress
Suite 1900
Austin, TX 78701

P.O. Box 1149
Austin, TX 78767

p: 512.744.9300
f: 512.744.9399
www.dwmrlaw.com

November 10, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

11/10/2015 1:38:29 PM

JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk
Court of Appeals for the Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547

RE:     Court of Appeals Number:  03-15-00314-CV
        Trial Court Case Number:  D-1-GN-09-001010

Dear Mr. Kyle:

This acknowledges receipt of your letter dated November 4, 2015, giving notice that this appeal will be submitted on December 2, 2015, at 9:00 a.m. I will appear and argue on behalf of Appellee, Hill Brothers Transportation, Inc.

Sincerely,

Marnie A. McCormick
mmccormick@dwmrlaw.com

MAM:alm